**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SAPPHIRE DOLPHIN LLC,

   Plaintiff,

       v.

BOSTON ACOUSTICS, INC.,

   Defendant.

C.A. No. 14-248-SLR-SRF

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Sapphire Dolphin LLC and

Defendant Boston Acoustics, Inc., by and through their undersigned counsel, and subject to the

approval of the Court, that pursuant to Fed. R. Civ. P. 41(a)(1), all claims and counterclaims

asserted in this action between Plaintiff and Defendant in the above captioned matter are hereby

dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees

incurred in this action.

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff*
*Sapphire Dolphin LLC*

SAUL EWING LLP

*/s/ James D. Taylor*
James D. Taylor (#4009)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
(302) 421-6800
jtaylor@saul.com
*Attorneys for Defendant*
*Boston Acoustics, Inc.*

Dated: December 17, 2014

SO ORDERED this ___ day of _____, 20__.

_____
United States District Judge